## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Jerome Johnson, et al. : | |
| Plaintiff, : | |
| : | CIVIL ACTION |
| : | No. 17-2309 |
| v. : | |
| NJ Transit Rail Operations, Inc., : | |
| Defendant. : | |

# ORDER

**AND NOW**, this 8th day of January, 2021, it is **ORDERED** that Plaintiff's Petition for Counsel Fees and Litigation Expenses (ECF No. 97) is resolved as follows:

1. Defendant is ordered to pay attorneys' fees in the amount of $315,944.00 and

2. Defendant is ordered to pay expenses in the amount of $31,420.07.

 s/ANITA B. BRODY, J.
 ANITA B. BRODY, J.

Copies **VIA ECF**